JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN PALMA, | Case No. 2:23-cv-06846-WLH-MAA |
| Petitioner, | |
| v. | **JUDGMENT** |
| BRIAN BIRKHOLZ, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: September 24, 2024

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE